■ STEPHEN KEMBLOWSKI, Respondent, v METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY, Appellant.— Order and judgment unanimously affirmed, with costs *(see, Roggio v Nationwide Mut. Ins. Co.,* 66 NY2d 260). (Appeal from order and judgment of Supreme Court, Onondaga County, Curran, J.—dismiss complaint.) Present—Denman, J. P., Green, Pine, Balio and Schnepp, JJ.